In the Matter of KELLY S. BOYD, Respondent, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL et al., Appellants.

Submitted May 12, 2014; decided June 5, 2014

Motion by Association for Neighborhood and Housing Development et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. A copy of the brief must be served and an original and two copies filed within seven days.